# SUMMONS - CIVIL

JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349,
52-48, 52-259, P.B. §§ 3-1 through

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instruct[ions]

- [ ] "X" if amount, legal inter[est] costs is less than $2,500
- [ ] "X" if amount, legal inter[est] costs is $2,500 or more.
- [X] "X" if claiming other relie[f]

TO: Any proper officer; BY A[uthority of the State of Connecticut, you are hereby commanded] to make due and legal service of this Summons and attached C[omplaint].

Address of court clerk where writ an[d other papers shall be filed] (C.G.S. §§ 51-346, 51-350)

Return Date (Must be a Tuesday): 2 - 7 - 2017

- [X] Judicial District
- [ ] Housing Session

Case type code (See list on page 2)
Major: ___  Minor: C20

**For the Plaintiff(s) pleas[e enter]**

Name and address of attorney, law fi[rm or plaintiff if self-represented]:
Arlette Jac[kson]

Telephone number (with area code):
(203) 584-54[xx]

Juris number (to be entered by attorney only)

The attorney or law firm appearing fo[r the plaintiff, or the plaintiff if] self-represented, agrees to accept pa[pers (service) electronically in] this case under Section 10-13 of the [Connecticut Practice Book]

Signature of Plaintiff (if self-represented)

[ ] Under Section 10-13 (if agreed to)

Number of Plaintiffs: ___  Number of Defendants: ___

[ ] Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each Party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: ... Address: ... | P-01 |
| Additional Plaintiff | Name: ... Address: ... | P-02 |
| First Defendant | Name: ... Address: ... INC, CT 06703 | D-01 |
| Additional Defendant | Name: ... Address: ... | D-02 |
| Additional Defendant | Name: ... Address: ... 09260 | D-03 |
| Additional Defendant | Name: ... Address: ... Haven, CT 06511 | D-04 |

**Notice to Each Defen[dant]**

1. YOU ARE BEING SUED. This [paper is a Summons in a lawsuit] against you in this lawsuit.
2. To be notified of further procee[dings, you or your attorney must file an Appearance with the clerk at the above] Court address on or before the [second day after the above] Return Date unless you receive[d a Summons after that date].
3. If you or your attorney do not fil[e an Appearance form on time, a judgment may be entered against you by default. The Appearance form may be] obtained at the Court address a[bove or at www.jud.ct.gov].
4. If you believe that you have ins[urance that may cover the claim, you should immediately contact your] insurance representative. Othe[r action you may have to take is described in the Connecticut Practice Book which may be] library or on-line at www.jud.ct[.gov].
5. If you have questions about the [Summons and Complaint, you should consult an attorney promptly. The Clerk of Court is not allowed to give advice on] legal questions.

Signed (Sign and "X" proper box)
[signature]

Date signed: 12-21-16

If this Summons is signed by a Cle[rk:]
a. The signing has been done so t[hat the Plaintiff(s) will not be denied access to the courts.]
b. It is the responsibility of the Plai[ntiff(s) to see that service is made in the manner provided by law.]
c. The Clerk is not permitted to giv[e any legal advice in connection with any lawsuit.]
d. The Clerk signing this Summons [at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions] in the Summons, any allegations [contained in the Complaint, or the service of the Summons or Complaint.]

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) Arlette Jackson | Date: 12-21-2016 | Docket Number |

(Page 1 of 2)

**SUMMONS - CIVIL**
JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

RECEIVED
DEC 30 2016
GROUP LEGAL DEPARTMENT
STANDARD INSURANCE CO.

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☐ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☒ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

Address of court clerk where writ and other papers shall be filed. (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350): 235 Church Street New Haven, CT 06510
Telephone number of clerk (with area code): (203)503-6800
Return Date (Must be a Tuesday): 2-7-2017

☒ Judicial District  ☐ G.A. Number:  ☐ Housing Session
At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349): New Haven
Case type code (See list on page 2) Major: ___ Minor: C20

**For the Plaintiff(s) please enter the appearance of:**
Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code): Arlette Jackson 1599 Chapel Street New Haven, CT 06511
Juris number (to be entered by attorney only):
Telephone number (with area code): (203) 584-5406
Signature of Plaintiff (If self-represented): Arlette Jackson

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☐ Yes  ☒ No
Email address for delivery of papers under Section 10-13 (if agreed to): N/A

Number of Plaintiffs: ___   Number of Defendants: ___   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party | |
|---|---|---|
| First Plaintiff | Name/Address: Arlette Jackson 1599 Chapel Street New Haven, CT 06511 | P-01 |
| Additional Plaintiff | Name/Address: CHRO 450 Columbus Blvd Ste 2, Hartford, CT 06103 | P-02 |
| First Defendant | Name/Address: James Welty ISG legal Dept The Standard INC | D-01 |
| Additional Defendant | Name/Address: P.O. Box 2800 Portland, OR 97208 | D-02 |
| Additional Defendant | Name/Address: Caroline G. Hendel (203) 432-0926 | D-03 |
| Additional Defendant | Name/Address: Dept Senior of General Counsel 2 Whitney Ave, 6th fl, New Haven, CT 06511 | D-04 |

**Notice to Each Defendant**

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

Signed (Sign and "X" proper box): ___
☐ Commissioner of the Superior Court
☒ Assistant Clerk
Name of Person Signing at Left: Karen R. Smith
Date signed: 12-21-16

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

I certify I have read and understand the above:
Signed (Self-Represented Plaintiff): Arlette Jackson
Date: 12-21-2016
Docket Number: ___

(Page 1 of 2)

I have No money to pay Bills Nor, holidays. This isn't their first time. I have been discriminated against, and racially discriminated against as a genocide. Violations of the Disability Act in CT.

Arlette Jackson

P.S.

Ms. Caroline G Henel

For the Record Stated I, Arlette Jackson was unintelligible.

If, so, is this what A Elite School and Yale as a Big Corporation feel About African Americans like myself, and are Considered a Genocide. Very Discriminating.

I also would like to be allowed by the Courts to all back and future payments going forward from the Standard Inc. do to my Jan. 8th 2007 injury at 800 Howard Ave New Haven, Slip and fall injury, with lifting and bending Nor Combination. Still No Hiring application on File/injury Ro....

## INFORMATION ON CHARGES OF DISCRIMINATION

### EEOC RULES AND REGULATIONS

Section 1601.15 of EEOC's regulations provides that persons or organizations charged with employment discrimination may submit a statement of position or evidence regarding the issues covered by this charge.

EEOC's recordkeeping and reporting requirements are found at Title 29, Code of Federal Regulations (29 CFR): 29 CFR Part 1602 (see particularly Sec. 1602.14 below) for Title VII and the ADA; 29 CFR Part 1620 for the EPA; and 29 CFR Part 1627, for the ADEA. These regulations generally require respondents to preserve payroll and personnel records relevant to a charge of discrimination until disposition of the charge or litigation relating to the charge. (For ADEA charges, this notice is the written requirement described in Part 1627, Sec. 1627.3(b)(3), .4(a)(2) or .5(c), for respondents to preserve records relevant to the charge – the records to be retained, and for how long, are as described in Sec. 1602.14, as set out below). Parts 1602, 1620 and 1627 also prescribe record retention periods – generally, three years for basic payroll records and one year for personnel records. Questions about retention periods and the types of records to be retained should be resolved by referring to the regulations.

Section 1602.14  Preservation of records made or kept. . . . . Where a charge ... has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII or the ADA, the respondent ... shall preserve all personnel records relevant to the charge or the action until final disposition of the charge or action. The term *personnel records relevant to the charge*, for example, would include personnel or employment records relating to the aggrieved person and to all other aggrieved employees holding positions similar to that held or sought by the aggrieved person and application forms or test papers completed by an unsuccessful applicant and by all other candidates or the same position as that for which the aggrieved person applied and was rejected. The date of *final disposition of the charge or the action* means the date of expiration of the statutory period within which the aggrieved person may bring [a lawsuit] or, where an action is brought against an employer either by the aggrieved person, the Commission, or the Attorney General  the date on which such litigation is terminated.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of Title VII, Section 207(f) of GINA, Section 4(d) of the ADEA, and Section 503(a) of the ADA provide that it is an unlawful employment practice for an employer to discriminate against present or former employees or job applicants, for an employment agency to discriminate against any individual, or for a union to discriminate against its members or applicants for membership, because they have opposed any practice made an unlawful employment practice by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the statutes. The Equal Pay Act contains similar provisions. Additionally, Section 503(b) of the ADA prohibits coercion, intimidation, threats, or interference with anyone because they have exercised or enjoyed, or aided or encouraged others in their exercise or enjoyment, of rights under the Act.

Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. Please note that the Civil Rights Act of 1991 provides substantial additional monetary provisions to remedy instances of retaliation or other discrimination, including, for example, to remedy the emotional harm caused by on-the-job harassment.

### NOTICE REGARDING REPRESENTATION BY ATTORNEYS

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please give us your attorney's name, address and phone number, and ask your attorney to write us confirming such representation.

## STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Arlette Jackson
COMPLAINANT

vs.

CHRO No. 1730041
EEOC No. 16A201601701

Yale University
RESPONDENT

### RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action must be served on the Commission by email at ROJ@ct.gov or, if you do not have access to email, at 450 Columbus Blvd. – Suite 2, Hartford, CT 06103 at the same time all other parties are served. THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION.

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

DATE: November 28, 2016

Tanya A. Hughes, Executive Director

Cc:  Arlette Jackson – ms2woo1599@gmail.com
     Caroline G. Henel – caroline.hendel@yale.edu

Address on Back

A TRUE ATTEST COPY

LONNIE W. BARNES, JR.
STATE MARSHAL
NEW HAVEN COUNTY