UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARLETTE C. JACKSON | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| vs. | : | 3:17-CV-00104-AVC |
| | : | |
| JAMES WELTY; and CAROLINE G. HENDEL | : | |
| | : | |
| Defendants | : | FEBRUARY 8, 2017 |

### DEFENDANT CAROLINE G. HENDEL'S MOTION TO DISMISS

The Defendant, Caroline G. Hendel, hereby moves to dismiss the Plaintiff's Complaint. Ms. Hendel adopts and incorporates by reference the arguments set forth in the motion to dismiss and accompanying memorandum of law filed by co-defendant James Welty on January 30, 2017. (Doc. No. 10.) As Mr. Welty correctly noted in his motion to dismiss, the only allegations against Ms. Hendel are contained in a post-script to the body of the Plaintiff's Complaint. (Complaint, p. 2.) In particular, the Plaintiff alleges the following against Ms. Hendel:

> Ms. Caroline G. Hendel for the record stated I, Arlette Jackson was unintelligible. If so, is this what a Elite School and Yale as a Big Corporation feel about African Americans like myself, and are considered a Genocide. Very Discriminating.

> I also would like to be allowed by the Courts to all back and future payments going forward from the Standard Inc. [due] to my Jan. 8th 2007 injury at 800 Howard Ave., New Haven, slip and fall injury, with lifting and bending combination. Still no hiring application on file nor injury report.

(Complaint, p. 2.)

It appears from these allegations that the Plaintiff only seeks benefits under her long-term disability plan.  Her only recourse for these benefits, however, is against Standard, not Ms. Hendel.  Moreover, even if the Plaintiff intends to bring a claim for discrimination against Ms. Hendel, she has failed to plead any supporting facts and thus has failed to state a claim upon which relief can be granted.  <u>See</u> Fed. R. Civ. P. 12(b)(6); <u>Bell Atl. Corp. v. Twombly</u>, 550 U.S. 544, 555 n.3 (2007) ("Rule 8(a)(2) still requires a 'showing,' rather than a blanket assertion, of entitlement to relief. Without some factual allegation in the complaint, it is hard to see how a claimant could satisfy the requirement of providing not only 'fair notice' of the nature of the claim, but also 'grounds' on which the claim rests).

For these reasons, and the reasons articulated more fully in Mr. Welty's Motion to Dismiss, Ms. Hendel respectfully requests that this Court grant its Motion to Dismiss.

        THE DEFENDANT
        CAROLINE G. HENDEL

BY:    */s/ Patrick M. Noonan*
     Patrick M. Noonan CT00189
     DONAHUE, DURHAM & NOONAN, P.C.
     Concept Park
     741 Boston Post Road
     Guilford, CT 06437
     T: (203) 458-9168
     F: (203) 458-4424
     E: pnoonan@ddnctlaw.com
     Attorney for the Defendant

## **CERTIFICATION**

  I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Arlette Jackson
1599 Chapel Street
New Haven, CT 06511

Connecticut Commission on Human Rights and Opportunities
450 Columbus Boulevard
Harford, CT 06103

Brooks R. Magratten, Esq.
PIERCE ATWOOD LLP
72 Pine Street, 5th Floor
Providence, RI 02903

                    /s/
                  Patrick M. Noonan